JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norma Puch,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMorgan Chase Bank, a New York Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: LACV11-7568 MWF (CWX)<br><br>**ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 26, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE